**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,
vs.
THE STATE OF NEVADA; RICHARD A.
GAMMICK; SCOTT W. EDWARDS;
AND ROBERT C. BELL,
Respondents.

No. 65907

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of prohibition. Petitioner argues that the District Attorney has not paid his bond pursuant to NRS 252.030. Petitioner seeks an order directing the District Attorney Office's to cease and desist acting on behalf of the State of Nevada, reversal of his criminal conviction, and payment of damages. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.320; NRS 34.330; NRS 34.020.

The petition contains a claim that is submitted for the purpose of harassing his opponent, *see* NRS 209.451(d)(1), and contains allegations of fact for which no evidentiary proof is provided or is likely to be available after further investigation, *see* NRS 209.451(d)(3). We caution petitioner

14-23922

that he may be referred for the forfeiture of credits for the filing of a frivolous petition. Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:    John Francis Arpino
       Washoe County District Attorney
       Robert C. Bell
       Scott W. Edwards
       Attorney General/Carson City
       Washoe District Court Clerk